USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 

C.E., as Parent and Natural Guardian of X.G., a minor and individually, J.T., as Parent and Natural Guardian of A.L., a minor and individually, A.F., as Parent and Natural Guardian of L. V.F., a minor and individually, C.C., as Parent and Natural Guardian of S.E., a minor and individually, M.F., as Parent and Natural Guardian of K.C., a minor and individually, A.L., as Parents and Natural Guardian of A.L., a minor and A.L. individually, A.V., as Parent and Natural Guardian of L.V.-F., a minor and A.V., Individually

                              Plaintiffs,

                              -against-

New York City Department of Education

                              Defendants.

-------------------------------------------------------------X

1:20-cv-00249-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 13, 2020, the Court issued an order to show cause why the Court should not dismiss the claims of all Plaintiffs in this action except X.G. and his parent and natural guardian C.E., without prejudice to refiling each of their claims separate civil actions. Dkt No. 7. On January 21, 2020, Plaintiffs filed a response. Dkt No. 10. However, the Court is not persuaded that there is sufficient similarity between Plaintiffs' claims to permit them to be filed in a single case under the governing law described in the Court's order to show cause. Dkt No. 7. Accordingly, the claims of all Plaintiffs except X.G. and his parent and natural guardian C.E., are dismissed without prejudice to refiling each of their claims in separate civil actions.

The Clerk of Court is directed to remove the names of all defendants except X.G. and his parent and natural guardian C.E. from the caption of this case.

SO ORDERED.

Dated: January 23, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge