

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTIN BOWE**<br>*Senior Counsel*<br>Tel: (212) 356-0894<br>Cell: (646) 498-7178 |

November 19, 2020

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:    *C.E. et al. v. N.Y.C. Dep't of Educ., et al.* 20-cv-249 (GHW)(BCM)

Dear Judge Woods:

    I am Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, supervising attorney for Defendant in the above-referenced action wherein Plaintiff seeks attorneys' fees, costs and expenses legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* (IDEA), as well as for this action.

    I write on behalf of all parties to inform the Court that this action has been fully resolved, and to respectfully request cancelation of the conference scheduled for November 23, 2020, *sine die*, and to propose that the parties submit a Stipulation of Settlement no later than December 19, 2020.

    The parties apologize for the inconvenience caused by their failure to timely submit a pre-conference status letter. As for defendant's delay, the attorney—not with General Litigation Division but with the Affirmative Litigation Division—who handled this matter departed on maternity leave several weeks ago, and minor bookkeeping confusion, solely on my part, resulted.

    Thank you for considering this submission.

                                                                                    Respectfully submitted,
                                                                                     */s/*
                                                                                   Martin Bowe
                                                                                   Senior Counsel

cc:    Peter Albert, Esq (via ECF)